IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2006 JUN 27 P 1: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA :

v. : No. 2:06 cr 152

: 29 U.S.C. §501(c)

NANETTE PETERSON : JUDGE FROST

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

From on or about May 23, 2002, to on or about February 5, 2003, in the Southern District of Ohio, the defendant, NANETTE PETERSON, while an officer, that is Treasurer, Chapter 2597, AFSCME Local 11 Ohio Civil Service Employees Association, a labor organization in an industry affecting commerce, did embezzle and unlawfully convert to her own use the moneys and funds of said labor organization in the approximate amount of $6,309.27.

In violation of 29 U.S.C. §501(c).

A TRUE BILL.

S/Foreperson
FOREPERSON

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

Gary L. Spartis
GARY L. SPARTIS
DEPUTY CRIMINAL CHIEF